**STATE of Missouri, Respondent,**

v.

**Walter L. RANDLE, a/k/a
Jones, Appellant.**

**No. WD 33822.**

Missouri Court of Appeals,
Western District.

June 28, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and WASSERSTROM and MANFORD, JJ.

PER CURIAM:

ORDER

This is a direct appeal from a jury conviction for the offense of burglary, first degree, in violation of § 569.160, RSMo 1978. Appellant was sentenced as a persistent offender pursuant to § 559.016, RSMo Supp. 1980 and § 558.011.1(2), RSMo Supp.1980.

No jurisprudential purpose would be served by a written opinion. Judgment affirmed. All concur.

Rule 30.25(b).